# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>Priority Mail Express package **EE471708867US**, addressed to "BRENDA WILLIAMS 6408 INLET CT ST LOUIS, MO 63123," with a return address of "JONATHAN BROWN 1022 W ACACIA AVE HEMET, CA 92543." | )<br>)<br>)   Case No. 4:19 MJ 323 DDN<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express package **EE471708867US**, addressed to "BRENDA WILLIAMS 6408 INLET CT ST LOUIS, MO 63123," with a return address of "JONATHAN BROWN 1022 W ACACIA AVE HEMET, CA 92543."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

controlled substances and/or United States currency.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 29, 2019_____ *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____David D. Noce_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and Time issued:  3:47 pm  July 16, 2019    /s/ David D. Noce
*Judge's signature*

City and State:   St. Louis, MO    Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*

O 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

## Return

| Case No.:<br>4:19 MJ 323 DDN | Date and time warrant executed:<br>07-16-19    4:15 p.m. | Copy of warrant and inventory left with:<br>USPS |
|---|---|---|

Inventory made in the presence of:
John Jackman

Inventory of the property taken and name of any person(s) seized:

Two cardboard boxes
One plastic shopping bag
Eight fingernail files
Advertisement papers
Six, one pound packages of TruNarc tested methamphetamine (approximate)

On March 6, 2020, this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it.  /s/ David D. Noce, U.S. Magistrate Judge, E. D. Mo.  March 6, 2020.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07-16-19

Executing officer's signature

Mason McNail   USPIS Task Force Officer
Printed name and title